[No. 28938-1-I. Division One. January 25, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. CAMERON PATRICK ORDAHL, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 90-1-01433-3, Stuart C. French, J., entered July 19, 1991. *Dismissed* by unpublished per curiam opinion.

[No. 28221-2-I. Division One. January 25, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN DONALD CRIPPEN, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 86291, James J. Dore, J., entered March 13, 1991. *Affirmed* by unpublished per curiam opinion.

[No. 30078-4-I. Division One. January 25, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. JIMMY ROY JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-8-05616-3, Jack A. Richey, J. Pro Tem., entered February 3, 1992. *Affirmed* by unpublished per curiam opinion.

[No. 29207-2-I. Division One. January 25, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON E. AUSTIN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-8-03132-2, Stephen M. Gaddis, J. Pro Tem., entered August 13, 1991. *Dismissed* by unpublished per curiam opinion.